UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division



Government Employees Insurance Company,

    Plaintiff(s),

v.                                        Civil Action No. 2:21cv450

George Hinterleitner, et al.

    Defendant(s).

## SHOW CAUSE ORDER

It appears to the Court that the complaint has not been served within 90 days of the filing of the complaint, as to defendant(s) George Hinterleitner, George's Plumbing, Incorporated, and Paula Harold. Accordingly, it is hereby

ORDERED that within twenty (20) days, the plaintiff show cause, if any, why this civil action should not be dismissed as to said defendantd pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. The Clerk is directed to forward a copy of this Order to counsel of record.

Entered this __3rd__ day of __November__, 20__21__.

                                                                            United States District Judge