## UNITED STATES DISTRICT COURT
### Eastern District of Virginia
### Norfolk Division

GOVERNMENT EMPLOYEES INSURANCE
COMPANY,

           Plaintiff,                CIVIL ACTION NO. 2:21cv450 RAJ-DEM

v.

GEORGE HINTERLEITNER,
GEORGE'S PLUMBING
INCORPORATED, PAULA HAROLD,
PROGRESSIVE ADVANCED INSURANCE
COMPANY,

           Defendants.

## STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

NOW COME plaintiff, Government Employees Insurance Company, by counsel, and defendant, Progressive Advanced Insurance Company, by counsel, representing all parties who have appeared in this matter, and by their endorsement to this Stipulation, pray that this matter be dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and that as a result this matter be dismissed and removed from those actions pending in this Court, and it is stipulated and agreed that each party will be responsible for its own costs and attorney's fees.

WE ASK FOR THIS:

/s/ Alan B. Rashkind
_____
Alan B. Rashkind, Esquire
Virginia State Bar No. 12658
Furniss, Davis, Rashkind and Saunders, P.C.
6160 Kempsville Circle, Suite 341B
Norfolk, Virginia 23502
Telephone: (757) 461-7100
Facsimile: (757) 461-0083
E-mail: arashkind@furnissdavis.com
*Counsel for Government Employees Insurance Company*

*Civil action No. 2:21cv450 RAJ-DEM*
*Stipulation of Dismissal, p. 2*


*/s/ Christopher L. Rathlev*
Christopher L. Rathlev, Esquire
Virginia State Bar No. 77224
Williams, Negler, Verser & Lane
690 Town Center Drive, Suite 202
Newport News, VA 23606
Telephone: (757) 887-5815
Facsimile: (757) 373-1339
Email: Christopher_L_Rathlev@progressive.com
*Counsel for Progressive Advanced Insurance Company*